UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

THERESA HENNS,

    Plaintiff,

v.                                                  Case No.  5:11-cv-55-Oc-10TBS

MONY LIFE INSURANCE COMPANY OF
AMERICA,

    Defendant.
_____/

## ORDER

Pending before the Court is the Agreed Motion of MONY Life Insurance Company of America for Stay Pending Appeal and for Approval of Supersedeas Bond (Doc. 120).

In the motion, counsel for Defendant certifies that he has conferred with counsel for Plaintiff and Plaintiff consents to the relief sought in the motion. Accordingly, and after due consideration, it is adjudged that the motion is GRANTED as follows:

    1.  Execution upon this Court's Judgment (Doc. 115) and Amended Judgment (Doc. 118) (collectively the "Judgments") is hereby STAYED through June 7, 2012, without the requirement of a supersedeas bond.

    2.  Execution upon the Judgments shall not be stayed beyond June 7, 2012, except upon the giving by Defendant of a supersedeas bond, pursuant to Fed. R. Civ. P. 62(d), in a form that is approved by the Court, in the amount of $1,200,000.

    IT IS SO ORDERED.

DONE AND ORDERED in Ocala, Florida, on May 22, 2012.

THOMAS B. SMITH
United States Magistrate Judge

Copies to all Counsel